1   ROBERT M. MYERS, State Bar No. 66957
Newman.Aaronson.Vanaman
2   14001 Ventura Boulevard
Sherman Oaks, California 91423
3   (818) 990-7722; FAX (818) 501-1306

4   DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender
5   JENNIFER M. COREY, State Bar. No. 215737
Assistant Federal Defender
6   801 I Street, 3rd Floor
Sacramento, California 95814
7   (916) 498-6666; FAX (916) 498-6656

8   Attorneys for Petitioner John Lee Holt

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   JOHN LEE HOLT,                    )      CASE NO. 1:97-cv-6210 AWI
                                       )
14                  Petitioner,        )      **Death Penalty Case**
                                       )
15             vs.                     )      STIPULATED  PROTECTIVE ORDER
                                       )
16   ROBERT L. AYERS, JR., as Warden   )
     of the California State Prison at )
17   San Quentin,                      )
                                       )
18                  Respondent.        )
     _____)

19

20        Petitioner JOHN LEE HOLT and Respondent ROBERT L. AYERS, Jr., as Warden of the

21   California State Prison at San Quentin, by and through their counsel of record, stipulate that a

22   Protective Order may be entered by the Court as follows:

23        IT IS HEREBY ORDERED that the results of the competency examination of petitioner

24   John Lee Holt and any information obtained in connection with the examination by Dr. Roderick

25   Ponath, M.D., shall  be used for the determination of the Mr. Holt's current competency and for no

26   other purpose.  Disclosure of the contents of the Dr. Ponath's report shall not be made by petitioner

27   or respondent to any other persons or agencies, including any other law enforcement or prosecutorial

28   personnel or agencies.  No statement made by Mr. Holt in the course of the competency evaluation,

97dp06210.StipO2ProtAgDiscl.hlt.wpd                    1

1  no testimony by Dr. Ponath based upon any such statement, and no other fruits of any such statement

2  shall be offered or admitted into evidence by or against Mr. Holt on any issue other than Mr. Holt's

3  current competency.  This order shall continue in effect after the conclusion of the habeas corpus

4  proceedings and specifically shall apply in connection with all state court proceedings including a

5  retrial of all or any portion of petitioner's criminal case. Any testimony in this proceeding in which

6  Dr. Ponath's report is referred to shall be held in such a way that the contents of the report shall

7  remain confidential and are not disclosed to any persons but the parties, the court, and necessary

8  court personnel.  Such testimony may be subject to disclosure beyond the limitations stated in this

9  order only upon a prior determination by the Court that specific, identified information is not

10  protected.  Such determination shall be made only after petitioner or respondent serves a motion

11  providing notice of the specific information it contends is not protected, and the other party is given

12  an opportunity to object to the use or disclosure of the information.

13         DATE: September 5, 2008

14                                     NEWMAN.AARONSON.VANAMAN
                                       DANIEL J. BRODERICK, Federal Defender
15                                     JENNIFER M. COREY, Assistant Federal Defender

16
                                       By_____ /s/ Robert M. Myers_____
17                                          ROBERT M. MYERS
                                       Attorneys for Petitioner John Lee Holt
18

19                                     EDMUND G. BROWN JR.
                                       Attorney General of the State of California
20

21                                     By: ____/s/ Peter Thompson_____
                                            Peter Thompson, Deputy Attorney General
22                                     Attorneys for Respondent

23

24         IT IS SO ORDERED.

25
   Dated:   September 5, 2008                    /s/ Anthony W. Ishii_____
26                                                Anthony W. Ishii
                                                  United States District Judge
27

28

97dp06210.StipO2ProtAgDiscl.hlt.wpd                    2